UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 20-CR-41

AMIR LOCKE,

    Defendant.

## MOTION FOR LEAVE TO DISMISS INDICTMENT

The plaintiff, United States of America, by its attorneys Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Laura S. Kwaterski, Assistant United States Attorney for said district, hereby seeks leave of the Court to dismiss the indictment in the above-captioned case, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Respectfully submitted this 17th day of November, 2020.

                              Respectfully submitted,

                              MATTHEW D. KRUEGER
                              United States Attorney

By:    */s/ Laura S. Kwaterski*
        LAURA S. KWATERSKI
        WBN.: 1055485
        Assistant United States Attorney
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 E. Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1700
        Email: laura.kwaterski@usdoj.gov